**Electronically Filed
Supreme Court
SCWC-23-0000368
10-FEB-2025
01:01 PM
Dkt. 17 ODAC**

SCWC-23-0000368

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

OSCAR KANOA,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000368; 1CPC-22-0001037)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, and Ginoza, JJ.;
and Circuit Judge Castagnetti, in place of Devens, J., recused)

Petitioner Oscar Kanoa's Application for Writ of

Certiorari, filed on December 27, 2024, is hereby rejected.

DATED: Honolulu, Hawaiʻi, February 10, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Jeannette H. Castagnetti

